# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| VALESKA SCHULTZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:16-CV-01346 JAR |
| ) | |
| EDWARD D. JONES & CO., L.P., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement, Preliminary Certification of Settlement Class, Appointment of Class Counsel, and Approval of Class Notice (Doc. No. 93) is set for hearing on **Friday, December 28, 2018 at 11:00 a.m. in Courtroom 12N**.

**IT IS FURTHER ORDERED** that a telephone conference with counsel is scheduled for **Thursday, December 13, 2018 at 9:30 a.m.** Counsel participating in the telephone conference are directed to call the conference toll free at **1-877-810-9415**. **The access code to enter the telephone conference for all participants is: 7519116.**

Dated this 12th day of December, 2018.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**